UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGESTONE AMERICAS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-1196 |
| v. ) | Judge Sharp/Brown |
| ) | **Jury Demand** |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant ) | |

## O R D E R

Presently pending is an *ex parte* motion to seal the complaint in this matter (Docket Entry 2). Although Rule 8 contemplates a short and plain statement, this complaint is some 62 pages in length, full of legal jargon, and the Plaintiff seeks to have the entire matter filed under seal on the grounds that it contains confidential contract information.

Inasmuch as this motion is filed *ex parte*, there is no opposition as such to it at this point. However, litigation should not be conducted in total secrecy.

The motion to seal (Docket Entry 2) is **GRANTED** to the extent that the original complaint may remain under seal. However, within **14 days** of the entry of this order, the Plaintiff will file a redacted copy of this voluminous complaint, which will redact any material they believe to be confidential.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge