UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGESTONE AMERICAS, INC.,

          Plaintiff,

vs.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

          Defendant.

Civil Docket No. 3:13-CV-1196

JURY DEMANDED

Judge Sharp
Magistrate Judge Brown

## JOINT STATUS REPORT

The parties have diligently engaged in further negotiations over search term lists and the selection and extent of e-discovery custodians referred to in the CMO. The parties have reached a final resolution, which they will file with the Court within 2-3 business days. At this time, they do not believe they require the Court's further intervention but will advise the Court immediately should that change. Also, if the Court would like any additional information prior to the parties' filing of the final resolution, the parties will do their best to provide it.

Respectfully submitted,

 /s/  Charles Barrett (*by JWC w/ perm.*)
Charles F. Barrett
CHARLES BARRETT, P.C.
6518 Highway 100, Suite 210
Nashville TN 37205
Telephone: (615) 515-3393
Facsimile: (615) 515-3395

/s/Jason W. Callen
Robert J. Walker
Jason W. Callen
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 313-6000
Facsimile: (615) 313-6001

Aubrey B. Harwell, Jr.
Aubrey B. Harwell, III
Gerald D. Neenan
NEAL & HARWELL, PLC
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square
Post Office Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628

C. Michael Ellingburg
Mark Woods
DANIEL COKER HORTON & BELL
4400 Old Canton Road
Suite 400
Jackson MS 39211
Telephone: (601)969-7607
Facsimile: (601) 969-1116

*Attorneys for Bridgestone Americas, Inc.*

Andrew R. McGaan, P.C.
Daniel R. Lombard
Christine P. Payne
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for International Business Machines
Corporation*

## CERTIFICATE OF SERVICE

I, Jason W. Callen, one of the attorneys for Defendant International Business Machines Corporation, certify that I caused the foregoing motion to be served electronically or by U.S. Mail on April 3, 2014 upon:

*Attorneys for Plaintiff*
Aubrey B. Harwell, Jr.
Aubrey B. Harwell, III.
Gerald D. Neenan
Neal & Harwell, PLC
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

*Attorney for Plaintiff*
Charles F. Barrett,
Charles Barrett, P.C.
6518 Highway 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393
Facsimile: (615) 515-3395

*Attorney for Plaintiff*
Don Barrett
Barrett Law Group, P.A.
404 Court Square
Post Office Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628

*Attorney for Plaintiff*
C. Michael Ellingburg
Mark C. Woods
Daniel Coker Horton & Bell
4400 Old Canton Road
Suite 400
Jackson MS 39211
Telephone: (601)969-7607
Facsimile: (601) 969-1116

/s/Jason W. Callen
Jason W. Callen

103326