MOTION GRANTED

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BRIDGESTONE AMERICAS, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **INTERNATIONAL BUSINESS MACHINES CORPORATION,** <br><br> Defendant. <br> ---------------------------------------------------- <br><br> **INTERNATIONAL BUSINESS MACHINES CORPORATION,** <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> **BRIDGESTONE AMERICAS, INC. and BRIDGESTONE CORPORATION,** <br><br> Counterclaim Defendants. | **Civil Docket No. 3:13-CV-1196** <br><br> **JURY DEMANDED** <br><br> **Judge Sharp** <br> **Magistrate Judge Brown** |

### IBM's MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") moves this Court for leave to file its Response to Bridgestone Corporation's Motion to Dismiss, as well as the Declaration of Christine P. Payne and its exhibits, under seal pursuant to Fed. R. Civ. P. 5.2(d) and Administrative Order No. 167, Section 5.07. In support of this motion, IBM states as follows:

1. IBM's Response to Bridgestone Corporation's Motion to Dismiss contains information from documents and excerpts from deposition transcripts designated confidential under the Amended Protective Order. *See* Dkt. 141.

1