MOTION GRANTED

*Kevin H. Sharp* (signature)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRIDGESTONE AMERICAS, INC.,**<br><br>    Plaintiff,<br>vs.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>    Defendant.<br>--------------------------------------------------------<br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>    Counterclaim Plaintiff,<br>vs.<br><br>**BRIDGESTONE AMERICAS, INC. and BRIDGESTONE CORPORATION,**<br><br>    Counterclaim Defendants. | **Civil Docket No. 3:13-CV-1196**<br><br>**JURY DEMANDED**<br><br>**Judge Sharp**<br>**Magistrate Judge Brown** |

## IBM'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant International Business Machines Corporation ("IBM") moves this Court for leave to file its Reply in Support of its Motion to Dismiss Bridgestone's Claims, as well as exhibits 1 - 6 thereto under seal pursuant to Federal Rule of Civil Procedure 5.2(d) and Administrative Order No. 167, Section 5.07. In support of this motion, IBM states as follows:

1. IBM's Reply in Support of its Motion to Dismiss Bridgestone's Claims, as well as exhibits 1 - 6 thereto contain information from documents and excerpts from deposition transcripts designated as confidential by Plaintiff/Counterclaim Defendant Bridgestone Americas, Inc. under the Amended Protected Order. *See* Dkt. 141.